# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE M. GALLARDO,<br><br>                Petitioner,<br><br>v.<br><br>WARREN MONTGOMERY,<br><br>                Respondent. | Case No. CV 17-03050 CJC (SHK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed Petitioner's Petition for a Writ of Habeas Corpus, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. Good cause appearing, the Court accepts the findings and recommendation of the Magistrate Judge.

      IT IS THEREFORE ORDERED that Petitioner's Petition be **DENIED** and that Judgment be entered **DISMISSING** this case with prejudice.

Dated: May 20, 2019

                                              HONORABLE CORMAC J. CARNEY
                                              United States District Judge