JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE M. GALLARDO,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>WARREN MONTGOMERY,<br><br>　　　　　　　Respondent. | Case No. CV 17-03050 CJC (SHK)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and the Recommendation of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this case be **DISMISSED** with prejudice.

Dated: May 20, 2019

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HONORABLE CORMAC J. CARNEY
　　　　　　　　　　　　　　　　　　United States District Judge